E168

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Claimant**
**Aqua Marine & Trading Inc.**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone:     (646) 328-0120**
**Facsimile:      (646) 328-0121**
**William R. Bennett, III (WB 1383)**

## IN THE MATTER OF THE ARBITRATION

-----------------------------------------------------------------X

AQUA MARINE & TRADING, INC.,

Claimant

and

GARANTI FINANSAL KIRALAMA A.S,

Respondent

-----------------------------------------------------------------X

## CLAIMANTS MEMORANDUM AND STATEMENT OF CLAIM

## THE PARTIES

The Claimant, Aqua Marine & Trading, Inc. (hereinafter "Aqua Marine") is a bunker supplier incorporated under the laws of Nevis, West Indies with its principal place of business located at P.O. Box 556, Main Street Charleston, Nevis Island, West Indies. (See Declaration of Mr. Gurcan Celik at paragraph 2, dated September 8, 2010 attached hereto as Exhibit 1) (All further references to Mr. Celik's Declaration will be identified as "Celik Dec.").

The Respondent, Garanti Finansal Kiralama A.S., (hereinafter "Garanti") is an entity incorporated, upon information and belief, under the laws of Turkey with its offices located at Eski Guyukdere Caddesi Ayazaga Koy Yolu No. 23 34396 Turkey. Garanti has an agent located in the State of New York; John Grimmer & Associates, One Battery Park Plaza, 18th Floor, New York, New York 10004. Attached hereto as Exhibit 2 is proof of Garanti's registration.

At all times relevant hereto, Garanti was the registered owner of the M/V SEMA ANA (IMO No.: 7529172) and M/V CEMREM (IMO No.: 7641217). Attached hereto as Exhibit 3 is a printout of the Equasis database confirming that Garanti is the registered owner of the M/V SEMA ANA. Attached hereto as Exhibit 4 is the Panamanian Merchant Marine Registry for the M/V CEMREM and SEMA ANA confirming that Garanti was the registered owner of both vessel. The M/V CEMREM is no longer in service and, thus, not in the Equasis database.

## THE DISPUTE

This dispute arose because Garanti failed to pay Aqua Marine's invoices for bunkers and lube oils delivered to the M/V SEMA and M/V CEMREM totaling $366,083.24. Celik Dec. at ¶ 3. As will be demonstrated below, and confirmed by Exhibits attached hereto, Aqua Marine supplied bunkers and lubricant oil to the M/V SEMA ANA and M/V CEMREM, both owned by

Garanti, at the request of Garanti's managing agent, CMR Denizcilik Veticaret A.S.  Celik Dec. at ¶ 4.

Attached hereto as Exhibit 1-A are the bunker confirmation and delivery receipts for the four (4) deliveries at issue.  Celik Dec. at ¶ 5.  Attached hereto as Exhibit 1-B are the four (4) invoices corresponding to the four deliveries; plus four (4) invoices for the interest, up to and including May 27, 2010, accumulated as a result of the failure of Garanti to pay the original invoices.  Celik Dec. ¶ 6.

The invoices for the bunker fuel and lube oils breakdown as follows:

| No. | Vessel Name | Supply/Date | Supply Port | Invoice No./Date | Invoice Amount |
|-----|-------------|-------------|-------------|------------------|----------------|
| 1 | CEMREM | 24.12.2008 | JEDDAH | No. 002 (31.12.2008) | 41,641.96 USD |
| 2 | SEMA ANA | 28.12.2008 | FUJAIRAH | No. 003 (31.12.2008) | 109,620.00 USD |
| 3 | CEMREM | 14.03.2009 | KANDLA | No. 013 (14.03.2009) | 149,940.00 USD |
| 4 | CEMREM | 26.03.2009 | KANDLA | No. 015 (25.03.2009) | 64,881.28 USD |
| | **TOTAL** | | | | **366,083.24 USD** |

Celik Dec. at ¶ 7.

The invoices for the accumulated interest are as follows:

| No. | Invoice No. | Invoice Date | Days in Arreas | Invoice Amount |
|-----|-------------|--------------|----------------|----------------|
| 1 | 0063 | May 27, 2010 | 450 days | $66,100.00 |
| 2 | 0064 | May 31, 2010 | 380 days | $76,350.00 |
| 3 | 0065 | June 1, 2010 | 380 days | $33,038.00 |
| 4 | 0066 | June 3, 2010 | 461days | $25,724.00 |
| | **TOTAL** | | | **$201,212.00** |

Celik Dec. at ¶ 8.

3

Further accumulated interest up to and including September 27, 2010 is as follows[1]:

| No. | Invoice | Additional Days | Balance | Monthly | Annually |
|-----|---------|-----------------|---------|---------|----------|
| 1 | 002 | 154 | $41,641.96 | $6,662.71 | $702.79 |
| 2 | 003 | 150 | $109,620.00 | $17,539.20 | $1,801.97 |
| 3 | 013 | 149 | $149,940.00 | $23,990.40 | $2,448.33 |
| 4 | 015 | 147 | $64,881.28 | $10,381.00 | $1,045.05 |
| | **TOTAL** | | | **$58,573.31** | **$5,998.14** |

Celik Dec. at ¶ 9.

To date, the amount due and owing by Garanti to Aqua Marine is $567,295.24; $366,083.24 in principal plus 4% interest accrued monthly totaling $201,212.00. Celik Dec. at ¶ 10.

Garanti has never objected to or challenged the invoices. Celik Dec. at ¶ 11. Aqua Marine arrested the M/V NIL K, a vessel owned by Garanti, in Tunusia in May 2010. Celik Dec. at ¶ 12. Garanti posted bank guarantees of $250,000 and $167,000 in order to release the vessel from arrest. Celik Dec. at ¶ 12. Aqua Marine further arrested the M/V TURKUAZ 8, a vessel also owned by Garanti, in Morocco in June 2010. Celik Dec. at ¶ 13. Garanti posted a cash deposit of $324,000 in order to release the vessel from arrest. Celik Dec. at ¶ 13.

To date, Aqua Marine has incurred $38,000 in legal expenses, not including fees incurred herein. Celik Dec. at ¶ 14. Aqua Marine's total claim is as follows:

---

[1] The Bunker Confirmation Receipts, Exhibit 1-A hereto, expressly provide for 4% interest. Aqua Marine calculated the interest compounded monthly. If the Panel believes interest should accumulate annually the interest amount due under the four invoices referred to in the first chart on page 3 are: $2,053.57, $4,564.99, $6,244.07, and $3,277.83, respectively, totaling $16,140.46. The amount due and owing would, therefore, be $366,083.24 plus interest of $22,138.60 up to September 27, 2010, or $388,221.84.

4

| | | |
|---|---|---:|
| i. | Bunker invoices: | $366,083.24 |
| ii. | Interest re: bunker invoices: | $284,339.27 |
| iii. | Istanbul court expenses: | $5,000.00 |
| iv. | Istanbul attorney fee: | $12,500.00 |
| v. | Durban attorney fee: | $6,000.00 |
| vi. | Tunusia attorney fee: | $8,000.00 |
| vii. | Morocco attorney fee: | $6,500.00 |
| | Total Claim to date: | $688,422.51 |

Celik Dec. at ¶ 15.

Aqua Marine's claim also includes, legal costs incurred herein, and the cost of arbitration.

The "Confirmation of Bunker Order" states:

> The Buyer/Account:   Vessel/Owners/Managers/Charterer
> CMR DENIZCILIK VETICARET
> A.S. AS MANAGERS ON BEHALF OF THE
> REGISTERED OWNERS

*        *        *        *

> The payment shall be effected within thirty (30) days after confirmation date (date) in U.S. Dollars. 4% (four percent) interest/penalty with be applied for late payment.

*        *        *        *

> The Seller shall have the right to take any legal action before the Court in any country either to (a) pursue the merits of the claim against the buyer before such courts or start arbitration in any place as per Law and arbitration clause of 16 of Bimco Fuelcon 1995.

Clause 16 of Bimco Fuelcon 1995 states as follows:

>  (b) This Contract shall be governed by and construed in accordance with Title 9 of the United States Code and the Maritime Law of the United States and should any dispute arise out of this Contract, <u>the matter in dispute shall be referred to three persons at New York, one to be appointed by each of the parties hereto, and the third by the two so chosen; their decision or that of any two of them shall be final</u>, and for purpose of enforcing any award, this agreement may be made a rule of the Court.  <u>The proceedings shall be conducted in accordance with the rules of the Society of Maritime Arbitrators, Inc.</u>

By letter dated June 18, 2010, Aqua Marine commenced arbitration and appointed an arbitrator.  By letter dated July 5, 2010, Garanti confirmed it received the notice of arbitration but failed to appoint an arbitrator.  By letter dated August 5, 2010, Aqua Marine appointed the second arbitrator.  By letter dated August 13, 2010, Garanti alleged that there was no supply contract and no arbitration agreement.  These issues are addressed below.  It should be pointed out that <u>Garanti does not dispute</u> receiving the bunkers or lube oils for its vessel and <u>does not dispute the amount owed under the invoices.</u>

## DISCUSSION

Garanti's ship manager, CMR Denizcilik Veticaret A.S., had authority under the Federal Maritime Lien Act (the Act) to incur a lien on behalf of the vessels.  The Act provides:

>  § 971.  Persons entitled to lien.  Any person furnishing ... necessaries, to any vessel ... upon the order of the owner of such vessel, <u>or of a *person authorized by the owner*</u>, shall have a maritime lien on the vessel, which may be enforced by suit in rem, and it shall not be necessary to allege or prove that credit was given to the vessel.

>  § 972.  Persons authorized to procure repairs, supplies, and necessaries.  The following persons <u>shall be *presumed* to have authority from the owner to procure</u> ... necessaries for the vessel: The managing owner, ship's husband, master, or <u>any person to</u>

6

whom the management of the vessel at the port of supply is
intrusted....

§ 973.   Notice to person furnishing repairs, supplies, and
necessaries.   The officers and agents of a vessel specified in
section 972 of this title shall be taken to include such officers and
agents when appointed by a charterer, by an owner pro hac vice, or
by an agreed purchaser in possession of the vessel.

46 U.S.C. App. §§ 971-73 (1982) (emphases added).

In Marine Fuel Supply & Towing, Inc. v. Ken Lucky, 869 F.2d 473 (9th Cir. 1989) the
Court explained that the Federal Maritime Lien Act grants a maritime lien to any person (1)
furnishing repairs, supplies, or other necessaries (2) to any vessel (3) 'upon the order of the
owner of such vessel, or of a person authorized by the owner.' " Farwest I, 769 F.2d at 623
(quoting 46 U.S.C. App. § 971).

The parties in the Ken Lucky matter, agreed, that Marine Fuel furnished bunkering to the
M/V Ken Lucky.   Ken Lucky admitted that Bulkferts, the sub-charterer, was in possession and
control of the vessel during the time it docked in Tampa.   The Court heard that Bulkferts and its
managing agent qualified as authorized persons under section 972 because they were the "person
to whom the management of the vessel at the port of supply [was] intrusted". M/V Ken Lucky,
869 F.2d at 477.   The same facts exist here.   Section 971 states that any person furnishing
supplies or other necessaries *to a vessel* "upon" the order of a person authorized to bind the
vessel shall be entitled to lien.   It is clear that CMR, as managing agent for Garanti, ordered the
fuel, and it is also clear that Aqua Marine delivered the fuel *to the vessels*.   CMR had statutory
authority to order the fuel under section 972 and it did so.   Aqua Marine delivered the fuel to the
vessels after CMR placed the ordered and is thus entitled to payment from Garanti.   See Ken
Lucky, 869 F.2d at 476-478.   *See also* Atlantic & Gulf Stevedores, Inc. v. M/V Grand Loyalty,
608 F.2d 197, 200 (5th Cir. 1979) (chief officer who ordered services possessed management

7

powers envisioned by Act and thus has *presumed authority* as well as actual authority to incur lien).

The offer and acceptance of the bunkers and lube oils was pursuant to a standard industry styled bunker nomination and order confirmation. The order confirmation included the terms and conditions for the sale of the bunker and lube oils. Those terms and conditions expressly incorporated by reference, the Bimco Fuelcon 1995 terms.

In determining whether an arbitration agreement was agreed to, Courts have looked to Article 2-207 of the Uniform Commercial Code for guidance. See Aceros Prefabricados, S.A. v. TradeArbed, Inc., 282 F.3d 92, 100 (2d Cir. 2002). Article 2-207 of the Uniform Commercial Code provides:

> 1. A definite and seasonable expression of acceptance or a written confirmation which is sent within a reasonable time operates as an acceptance even though it states terms additional to or different from those offered or agreed upon, unless acceptance is made conditional on assent to the additional or different terms.
>
> 2. The additional terms are to be construed as proposals for addition to the contract. Between merchants such terms become part of the contract unless: ...(b) they materially alter it....

U.C.C. § 2-207 (2007).

Under Aceros, whether the inclusion of an arbitration clause materially alters an agreement must be determined on a case by case basis, with "[t]he burden of proving the materiality ... on the party that opposes inclusion." Aceros, 282 F.3d at 100 (citing Bayway Ref. Co. v. Oxygenated Mktg. & Trading A.G., 215 F.3d 219, 223 (2d Cir. 2000). Here, the

bunker confirmation receipts contained a provision which provided for arbitration under Bimco Fuelcon 1995.   The non-assenting party, here Garanti, "must establish that, under the circumstances, it cannot be presumed that a reasonable merchant would have consented to the additional term." Id. at *101-02* (arbitration clause not material alteration because arbitration provisions were common in the industry); Chelsea Square Textiles Inc. v. Bombay Dyeing & Mfg. Co., Ltd., 189 F.3d 289, 296 (2d Cir. 1999) (arbitration clause not material alteration because the parties had been transacting pursuant to the sales form and same arbitration clause for almost a decade); Leadertex, Inc. v. Morganton Dyeing & Finishing Corp., 67 F.3d 20, 25 (2d Cir. 1995) ("[E]vidence of trade usage and course of dealings between parties supported ... finding of an agreement to arbitrate."); Deer Stags, Inc. v. Garrison Indus., Inc., No. 00 Civ. 0267(DC), 2000 WL 1800491 (S.D.N.Y. Dec. 7, 2000) (arbitration clause not material alteration because parties had engaged in numerous transactions).   Other courts since Aceros have also adopted its approach or result.   See, e.g., Schulze & Burch Biscuit Co. v. Tree Top, Inc., 831 F.2d 709 (7th Cir. 1987) (holding that an arbitration clause in a written confirmation was not a material alteration) In re Cotton Yarn Antitrust Litigation, 505 F.3d 274 (4th Cor. 2007) (holding that terms consistent with trade usage or course of dealing may represent additional terms but generally do not materially alter a contract);   Standard Bent Glass Corp. v. Glassrobots Oy, 3.3 F.3d 440, 446-48 (3rd Cir. 2003) (both incorporation by reference and lack of material alterations allows enforcement of arbitration clause; no material alteration when prior course of dealing was consistent.

The issuance of a bunker confirmation receipt is a standard practice among bunker suppliers.   There is nothing unusual about the receipt containing an arbitration clause and the

clause did not materially alter the agreement between the parties, i.e., Aqua Marine would supply the bunkers and Garanti/CMR would pay for the bunker.  Aqua Marine fulfilled its obligation, Garanti/CMR did not.

Aqua Marine is entitled to interest on the outstanding amount due and owing.  "In admiralty, interest should be granted unless there are exceptional or peculiar circumstances." Socony Mobil Oil Co. v. Texas Coastal & Int'l, Inc., 559 F.2d 1008, 1014 (5th Cir. 1977). Prejudgment interest compensates a claimant for the use of funds during the course of litigation if the claimant is found entitled to an award.  Rosa v. Insurance Co. of the State of Pennsylvania, 421 F.2d 390, 393 (9th Cir. 1970); see Western Pacific Fisheries, Inc. v. S.S. President Grant, 730 F.2d 1280, 1288-89 (9th Cir. 1984).  There are no exceptional circumstances in this case to bar an award of prejudgment interest.  See Alkmeon Naviera, S.A. v. M/V "Marina L", 633 F.2d 789, 797-80 (9th Cir. 1980) (trial judge's discretion to award such interest must be "exercised with a view to the right to interest") (quoting The President Madison, 91 F.2d 835, 845 (9th Cir. 1937)); Dow Chemical Co. v. M/V Gulf Seas, 593 F.2d 613, 614 (5th Cir. 1979)  (describing exceptional circumstances cases as involving, e.g., bad faith claims, inflated damages demands or a finding of mutual fault).  Accordingly, Aqua Marine is entitled to prejudgment interest.  General Elec. Credit & Leasing Corp. v. Drill Ship Mission Exploration, 668 F.2d 811, 816-17 (5th Cir. 1982).

## CONCLUSION

For the foregoing reasons, Aqua Marine kindly request that the Panel issue an award of damages totaling $688,422.51 plus interest costs, attorney's fees and arbitration fees.

Dated: New York, New York
       November 9, 2010

Bennett, Giuliano, McDonnell & Perrone, LLP
**Attorneys for Claimant**
**Aqua Marine & Trading Inc.**

William R. Bennett, III

TO: **Via Email**
Dilek Bektasoglu-Sanli
Ercin Bilgin Bektasoglu

Z:\Casework\E Cases\E168 Aqua Marine\Pleadings\ClaimSubmission-081010.doc

11

# Exhibit 1

E168

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Claimant**
**Aqua Marine & Trading Inc.**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone:    (646) 328-0120**
**Facsimile:    (646) 328-0121**
**William R. Bennett, III (WB 1383)**

## IN THE MATTER OF THE ARBITRATION
## BY AND BETWEEN

AQUA MARINE & TRADING, IN .,

               Claimant

     and

GARANTI FINANSAL KIRALAMA A.S,

               Respondent.

## DECLARATION OF GURCAN CELIK

I, Gurcan Celik, declare under the penalties of perjury under the laws of the United States that the following is true and correct:

1.  I am the CEO of Aqua Marine and Trading, Inc (hereinafter "Aqua Marine").

2.  Aqua Marine & Trading, Inc. is a bunker supplier incorporated under the laws of Nevis, West Indies with its principal place of business located at P.O. Box 556, Main Street Charleston, Nevis Island, West Indies.

3.  This dispute arose because Garanti's failed to pay Aqua Marine's invoices for bunkers delivered to the M/V SEMA ANA and M/V CEMREM and lube oils totaling $366,083.24.

4.   Aqua Marine supplied bunkers and lubricant oil to the M/V SEMA ANA and M/V CEMREM, both owned by Garanti, at the request of Garanti's ship Manager , CMR Denizcilik ve Ticaret A.S.

5.   Attached hereto as Exhibit 1-A are the bunker confirmation receipts for the four (4) deliveries at issue.

6.   Attached hereto as Exhibit 1-B are the four (4) invoices corresponding to the four deliveries; plus four (4) invoices for the interest, up to and including May 27, 2010, accumulated as a result of the failure of Garanti to pay the original invoices.

7.   The invoices for the bunker fuel and lube oils breakdown as follows:

| No. | Vessel Name | Supply/Date | Supply Port | Invoice No./Date | Invoice Amount |
|-----|-------------|-------------|-------------|------------------|----------------|
| 1 | CEMREM | 24.12.2008 | JEDDAH | No. 002 (31.12.2008) | 41,641.96 USD |
| 2 | SEMA ANA | 28.12.2008 | FUJAIRAH | No. 003 (31.12.2008) | 109,620.00 USD |
| 3 | CEMREM | 14.03.2009 | KANDLA | No. 013 (14.03.2009) | 149,940.00 USD |
| 4 | CEMREM | 26.03.2009 | KANDLA | No. 015 (25.03.2009) | 64,881.28 USD |
| | **TOTAL** | | | | **366,083.24 USD** |

8.   The invoices for the accumulated interest are as follows:

| No. | Invoice No. | Invoice Date | Days in Arrears | Invoice Amount |
|-----|-------------|--------------|-----------------|----------------|
| 1 | 0063 | May 27, 2010 | 450 days | $66,100.00 |
| 2 | 0064 | May 31, 2010 | 380 days | $76,350.00 |
| 3 | 0065 | June 1, 2010 | 380 days | $33,038.00 |
| 4 | 0066 | June 3, 2010 | 461 days | $25,724.00 |
| | **TOTAL** | | | **$201,212.00** |

2

9.  Further accumulated interest up to and including September 27, 2010 is as follows[1]:

| No. | Invoice | Additional Days | Balance | Monthly | Annually |
|-----|---------|-----------------|---------|---------|----------|
| 1 | 002 | 154 | $41,641.96 | $6,662.71 | $702.79 |
| 2 | 003 | 150 | $109,620.00 | $17,539.20 | $1,801.97 |
| 3 | 013 | 149 | $149,940.00 | $23,990.40 | $2,448.33 |
| 4 | 015 | 147 | $64,881.28 | $10,381.00 | $1,045.05 |
| | **TOTAL** | | | **$58,573.31** | **$5,998.14** |

10. To date, the amount due and owing by Garanti to Aqua Marine is $567,295.24; $366,083.24 in principal plus 4% interest accrued monthly totaling $201,212.00.

11. Garanti has never objected to or challenged the invoices.

12. Aqua Marine arrested the M/V NIL K in Tunusia in May 2010;  a vessel owned by Garanti.  Garanti posted bank guarantees of $250,000 and $167,000 in order to release the vessel from arrest.

13. Aqua Marine further arrested the M/V TURKUAZ 8 in Morocco in June 2010; a vessel also owned by Garanti.  Garanti posted a cash deposit of $324,000 in order to release the vessel from arrest

14. To date, Aqua Marine has incurred $38,000 in legal expenses, not including fees incurred herein.

15. To date, Aqua Marine's total claim is as follows:

---

[1] The Bunker Confirmation Receipted, Exhibit 1-A hereto, expressly provide for 4% interest.  Aqua Marine calculated the interest compounded monthly.  If the panel believes interest should accumulate annually the interest amount due under the four invoices referred to in the first chart are: $2,053.57, $4,564.99, $6,244.07, and $3,277.83, respectively, totaling $16,140.46.  The amount due and owing would therefore be $366,083.24 plus $22,138.60 interest up to September 27, 2010, or $388,221.84.

3

| | | |
|---|---|---|
| i. | Bunker invoices: | $366,083.24 |
| ii. | Interest re: bunker invoices: | $284,339.27 |
| iii. | Istanbul court expenses: | $5,000.00 |
| iv. | Istanbul attorney fee: | $12,500.00 |
| v. | Durban attorney fee: | $6,000.00 |
| vi. | Tunusia attorney fee: | $8,000.00 |
| vii. | Morocco attorney fee: | $6,500.00 |
| | Total Claim to date: | $688,422.51 |

16. Aqua Marine's claim includes, legal cost incurred herein, and the cost of arbitration.

Dated: September 08 th , 2010

_____

Gurcan Celik

# Exhibit 1-A



**AQUA MARINE**
**AQUA MARINE AND TRADING INC - NEVIS ISLAND,WEST INDIES**

CONFIRMATION OF BUNKER ORDER
We here under submit our confirmation upon the order dated 23/12/2008
We confirm following bunker supplies as per following terms and conditions :

| | | |
|---|---|---|
| The Name of the Vessel | :MV "MV CEMREM" | |
| The Agent | : TO BE ADVISED BY BUYERS | |
| The Buyer/Account | :VESSEL/OWNERS/MANAGERS/CHARTERERS/ CMR DENIZCILIK VE TICARET A.S.AS MANAGER ON BEHALF OF THE REGISTERED OWNERS | |
| The Seller | :AQUA MARINE AND TRADING INC – NEVIS ISLAND | |
| The Supplier | : | TRANSSHIP |
| Product (ISO 8217:2005) | : | MGO DMA |
| Quantity | : | 25 MT |
| The Price | : | USD 925 PMT |
| Barging | : | USD 2200 LS |
| Port of Supply | : | JEDDAH |
| Date of Supply | : | 23-24/12/2008 |
| Estimated Time of Arrival | : | 23-24/12/2008 |

The payments shall be effected within 30 days after confirmation date (05th February,2009) in US Dollars.4% (four percent) interest / penalty will be applied for late payment.

The Seller shall have the right to take any legal action before the courts in any country either to (a) pursue the merits of a claim against the Buyer before such courts or start arbitration in any place as per Law and arbitration clause of 16 of Bimco Fuelcon 1995 (b) as an interim measure of protection in order to securing payment of any amount due from the Buyer.Other terms and conditions as per general sale and delivery.

As Manager/On behalf of the Registered Owner MV CEMREM

**CMR**
DENIZCILIK ve TIC. A.Ş.



**AQUA MARINE**
**AQUA MARINE AND TRADING INC - NEVIS ISLAND,WEST INDIES**

CONFIRMATION OF BUNKER ORDER

We here under submit our confirmation upon the order dated 23/12/2008
We confirm the following bunker supplies as per following terms and conditions :

| | |
|---|---|
| The Name of the Vessel | :MV "MV CEMREM" |
| The Agent | : TO BE ADVISED BY BUYERS |
| The Buyer/Account | :VESSEL/OWNERS/MANAGERS/CHARTERERS/ CMR DENIZCILIK VE TICARET A.S.AS MANAGER ON BEHALF OF THE REGISTERED OWNERS |
| The Seller | :AQUA MARINE AND TRADING INC – NEVIS ISLAND |
| Supplier | :CASTROL |
| Product | :Turbin and Gavornor,woodward-Mobil (DTE Heavy medium) Perfecto T46 is not available. We will supply  Perfecto T 68 |
| Quantity | :1 LIEU (1*208=208 LT) |
| The Price | : USD 8.82/LT |
| Product | : MLC 30(D/G L/O Wartsila, Castrol m-30or Mobilgard 312) |
| Quantity | : 5 DRUMS (5*208=1040 LT) |
| The Price | : USD 8.74/LT |
| Product | :ICM 299 (Buzluk compressor oil: Gargoyle ARCTIC OIL No-300) |
| Quantity | : 3 PAILS (3*20LT=60 LT) |
| The Price | : USD 16.48/LT |
| Product | : AWH M46 (Equivalent of Ballast ve ambar kuyu hidrolik sistem valfe: Hydraulic mobil DTE 15 M) |
| Quantity | :1 DRUM (1*208=208 LT) |
| The Price | :USD 9.10/LT |
| Product | :Alpha SP 150 (For cranes and R/G: Turning Gear-Mobil Gear-629) |
| Quantity | :1 DRUM (1*208=208 LT) |
| The Price | :USD 9.25 /LT |

**SHORT NOTICECHARGE USD 500**

| | |
|---|---|
| Port of Supply | : JEDDAH |
| Date of Supply | : 24/12/2008 |

*IF BARGE NEEDED DELY TO THE AGENTS*
*ALL ARE SUBJECT TO STOCK AVAILABILITY/SHORT NOTICE*
The payments shall be effected within 30 days after confirmation date (05th February.2009) in US Dollars.4% (four percent) interest / penalty will be applied for late payment.
The Seller shall have the right to take any legal action before the courts in any country either to (a) pursue the merits of a claim against the Buyer before such courts or start arbitration in any place as per Law and arbitration clause of 16 of Bimco Fuelcon 1995 (b) as an interim measure of protection in order to securing payment of any amount due from the Buyer.Other terms and conditions as per general sale and delivery.

As Manager/On/behalf of the Registered
Owner MV CEMREM

**CMR**
DENIZCILIK ve TIC, A.Ş.



**AQUA MARINE**
**AQUA MARINE AND TRADING INC - NEVIS ISLAND,WEST INDIES**

### CONFIRMATION OF BUNKER ORDER

We here under submit our confirmation upon the order dated 24/12/2008
We confirm following bunker supplies as per following terms and conditions :

| | |
|---|---|
| The Name of the Vessel | :MV "SEMA ANA" (PANAMA FLAG IMO NO : 7529172) |
| The Agent | :TO BE NOMINATED |
| The Buyer/Account | :VESSEL/OWNERS/MANAGERS/CHARTERERS/ CMR DENIZCILIK VE TICARET A.S. AS MANAGER ON BEHALF OF THE REGISTERED OWNER |

| | |
|---|---|
| The Seller | :AQUA MARINE AND TRADING INC.NEVIS ISLAND |
| The Supplier | :OMTI (OIL MARKETING&TRADING INTERNATIONAL) |

| | |
|---|---|
| Product (ISO 8217:2005) | :IFO 180 CST RME 180 |
| Quantity | :170 MT |
| The Price | :USD 354 PMT |

| | |
|---|---|
| Product (ISO 8217:2005) | :MGO DMA |
| Quantity | :60 MT |
| The Price | :USD 799 PMT |

| | |
|---|---|
| Delivery | :USD 1500 LS |
| Port of Supply | :FUJAIRAH / U.A.E. |
| Date of Supply | :26-27/12/2008 |
| Estimated Time of Arrival | :26-27/12/2008 |

The payments shall be effected by latest 28TH JANUARY 2009 (AMOUNT USD 109.620) in US Dollars.4% (four percent) interest / penalty will be applied for late payment.

The Seller shall have the right to take any legal action before the courts in any country either to (a) pursue the merits of a claim against the Buyer before such courts or start arbitration in any place as per Law and arbitration clause of 16 of Bimco Fuelcon 1995 (b) as an interim measure of protection in order to securing payment of any amount due from the Buyer.Other terms and conditions as per general sale and delivery.

As Manager/On behalf of the Registered.
Owner MV Sema Ana

**CMR**
DENİZCİLİK ve TİC. A.Ş.



**AQUA MARINE**
**AQUA MARINE AND TRADING INC - NEVIS ISLAND, WEST INDIES**

CONFIRMATION OF BUNKER ORDER

We here under submit our confirmation upon the order dated 11.03/2009
We confirm following bunker supplies as per following terms and conditions :

| | | |
|---|---|---|
| The Name of the Vessel | : | MV "MV CEMREM" |
| The Agent | : | A C T INFRAPORT LTD. |
| | | "aaditya", 286 / 1A, Opp. Mamlatdar's Off. |
| | | Gandhidham - 370 201 |
| | | Kutch - Gujarat - India |
| | | TEL: +91-2836-229967 / 231734 / 239743 |
| | | FAX: +91-2836-238864 |
| | | EMAIL: gopal@actship.com |
| | | MOB: +91-98242-04909 |
| | | PIC: Mr. Gopal Sujan |
| The Buyer/Account | | :VESSEL/OWNERS/MANAGERS/CHARTERERS     CMR DENIZCILIK VE TICARET A.S. AS MANAGER ON BEHALF OF THE REGISTERED OWNERS |
| The Seller | | :AQUA MARINE AND TRADING INC-NEVIS ISLAND |
| The Supplier | | :CHEMOIL-ADANI |
| Product (ISO 8217:2005) | | :IFO 180 CST RME 180 |
| Quantity | | :220 MT |
| The Price | | :USD 494 PMT |
| Product (ISO 8217:2005) | | :MGO DMA |
| Quantity | | :60 MT |
| The Price | | :USD 646 PMT |
| Barging | | :USD 2500 LS |
| Port of Supply | | :KANDLA (ANCHORAGE) |
| Date of Supply | | :14/03/2009 AFTERNOON |

  The payments shall be effected within 30 days after confirmation date (11.04.2009) in US Dollars.4% (four percent) interest / penalty will be applied for late payment.
  The Seller shall have the right to take any legal action before the courts in any country either to (a) pursue the merits of a claim against the Buyer before such courts or start arbitration in any place as per Law and arbitration clause of 16 of Bimco Fuelcon 1995 (b) as an interim measure of protection in order to securing payment of any amount due from the Buyer.Other terms and conditions as per general sale and delivery.

         As Manager/On behalf of the Registered
         Owner MV CEMREM

**CMR**
**DENİZCİLİK ve TİC. A.Ş.**



**AQUA MARINE**

**AQUA MARINE AND TRADING INC - NEVIS ISLAND,WEST INDIES**

CONFIRMATION OF BUNKER ORDER

We here under submit our confirmation upon the order dated 25/03/2009

We confirm following bunker supplies as per following terms and conditions :

| | |
|---|---|
| The Name of the Vessel | :MV "MV CEMREM" |
| The Agent | :A C T INFRAPORT LTD."aaditya", 286 / 1A, Opp. Mamlatdar's Off. |
| | Gandhidham - 370 201 Kutch - Gujarat - India |
| | TEL: +91-2836-229967 FAX: +91-2836-238864 |
| | PJC: Mr. Gopal Sujan |
| The Buyer/Account | :VESSEL/OWNERS/MANAGERS/CHARTERERS/ CMR |
| | DENIZCILIK VE TICARET A.S.AS MANAGER ON BEHALF OF |
| | THE REGISTERED OWNERS |
| The Seller | :AQUA MARINE AND TRADING INC – NEVIS ISLAND |
| Barging | :Delivery Charges USD  1250.00 LS to supply at Berth. |

IF REQUIRE BARGING AT OUTER ANCHORAGE, BARGING COST WILL BE USD  2500.00 LS

| | |
|---|---|
| Product(ISO 8217:2005) | :TLX   PLUS   304 EQUIVALENT   CASTROL   MOBILGARD |
| Quantity | :7500 LT |
| The Price | :USD 5.68 PER LTR |
| Product(ISO 8217:2005) | :MLC 30 EQUIVALENT CASTROL MOBILGARD 312 |
| Quantity | :2500 LT |
| The Price | :USD 5.25 PER LTR |
| Product(ISO 8217:2005) | :ALPHA SP 220  EQUIVALENT CASRROL MOBILGARD 630 |
| Quantity | :1000 LT |
| The Price | :USD 5.35 PER LTR |

WE HAVE AVAILABLE ALPHA SP 220 INSTEAD OF ALPHA SP 150 EQUIV TO MOBILGEAR 629

| | |
|---|---|
| Port of Supply | :KANDLA(ANCHORAGE) |
| Date of Supply | :26/03/2009 |

**Lubes to be supplied in drums only****Packing 208 Ltrs each drums**

The payments shall be effected within 30 days after confirmation date (25.04.2009) in US Dollars.4% (four percent) interest / penalty will be applied for late payment.

The Seller shall have the right to take any legal action before the courts in any country either to (a) pursue the merits of a claim against the Buyer before such courts or start arbitration in any place as per Law and arbitration clause of 16 of Bimco Fuelcon 1995 (b) as an interim measure of protection in order to securing payment of any amount due from the Buyer.Other terms and conditions as per general sale and delivery.

As Manager/On behalf of the Registered
Owner MV CEMREM

**CMR**

DENİZCİLİK ve TİC. A.Ş.

. FOR BUNKER.

*Yabut Town delivery receipt*



TRANSHIP
الشركة السعودية للملاحة والخدمات البحرية
**SAUDI SHIPPING & MARITIME SERVICES CO. LTD.**
Head Office / C.R 18365, P.O.Box 7522 Jeddah 21472, Tel. 6424255/ 6424243
6456638  Fax 6432621  Tlx.601245  email:saudishipping@transhevt.com

**Bunker Delivery Note**

BDN Number: **9491**

| Bunkering Vessel | MARWAH -7 | | Port of Jeddah, K.S.A Berth / Anchorage | | Date | 2508208 |
|---|---|---|---|---|---|---|
| Delivered to / Vessel Name: | CEHREN | | Tanks No./s: | | | |
| IMO Number: | 7641217 | | | | | |

Latest Characteristics

| Quantity & Quality | Units | Test | Marine Fuel Oil | | Marine Diesel / Gas Oil |
|---|---|---|---|---|---|
| Product Grade | | | Fuel Oil | | MDO / MGO |
| API | | | | | 39.6 |
| Density @ 15 c | kg/m³ | ASTM D - 4052 | | | 0.8762 |
| Viscosity @ 50 c | cst | ASTM D - 445 | | | |
| Sulphur Content | %m/m | ASTM D - 4294 | | | 0.90 |
| Flash Point | c | ASTM D - 93 | | | 74 |

Chief Engineer invited to witness drips, temperatures and sampling

| Delete as necessary | | Accepted | OK | | Declined | |

Failure by customers representative to witness barge sounding/may may adversely affect the customer's ability to substantiate quantity cell/service claims

Specific gravity is given solely for the purpose of converting volume measurements to weight measurements and vice versa. It is not necessarily an indication of quality or of suitability for any particular machinery

| Loading times | Time | Date | |
|---|---|---|---|
| Barge Alongside | 0215 H | 25 DEC 2008 | This delivery has been inspected and taking in witness taken at the moment sampling done. |
| Started Pumping | 0330 h | 25 DEC 2008 | Such measurements must be final and will not be adjusted based on receiver of vessel's figures. |
| Completed Pumping | 0350 h | 25 DEC 2008 | |

| Net Cubic Meters Delivered | | Net Metric Tons Delivered | |
|---|---|---|---|
| 28.532 cu.m³ | | 25.000 M.T. | |

| Net Long Tons Delivered | | Net U.S. BBLS Delivered | |

For Tranship Marine Fuels
I certify that the bunkers is exactly and quality as specified have been delivered to the vessel in good condition for the use as bunkers together with characteristics sample drawn of ships rail, in relation to the International Convention for the Prevention of Pollution from Ships MARPOM consolidated edition 1997 the fuel oil supplied is in conformity with Regulation 14 (1) of Annex VI (Less than 4.5% sulphur content) and Regulation 18 (1) conform to an acceptable specification.

| Sample No. | Fuel Oil | | |
|---|---|---|---|
| | | MDO/MGO | |
| Vessel | | 000830S | |
| Barge | | 000830S | |
| Other | | 000831C | |

| Supplier Authorized Representative | | Customer Authorized Representative | |
|---|---|---|---|
| CAPT. EX R. MILLOROSO | | | |
| Name (In Block) | | Name ( In Block) | Fetih Kolen |
| Rank | MASTER | Rank | CHIEF ENGR |
| Signature | | Signature | |
| Stamp | | Stamp | |

All our bunker deliveries are subject to our General Terms and Conditions of Contract. Tranship product quality guarantee is limited to the agreed specification.

N.B. Any comments other than required data on this document will not ...



12-JAN-2009 15:39  FROM:TRAFALGAR OIL LTD   +302106991546      TO:9004420790003331   P.2

# DELIVERY NOTE::

Date : 28/12/2008                                               P.No.:1/1

SHIP NAME: M/V/ "CEM REM      OIL SUPPLY  AT ANCHORAGE:

| S.NO. | DESCRIPTION | QTY. | | UNIT PRICE USD | TOTAL PRICE USD |
|---|---|---|---|---|---|
| 1 | EQUIOVALENT  GADINIA 30 | | | = | = |
| 2 | LUBE OIL TOTAL 30 208LTR DRM | 5 | DRM | = | = |
| 3 | TELLUS  68  208 LTR DRM | 1 | DRM | = | = |
| 4 | HYDROLIC 46 NORMAL 208 LTR DRM | 1 | DRM | = | = |
| | | | | = | = |
| | | | | = | = |
| | | | | = | = |
| | | | | = | = |
| | | | | = | = |

DELVERED BY :
AL FASSEL SHIPPING CO.
CHANDLING DEP.

ALFASSEL SHIPPING CO.
CHANDLING DEPT.

**MASTER SIGNATURE & STAMPS:**

*f/os teslimati delivery receipt*

*For Lubricants*

FROM :DOMINFLOTFUJAIRAH LLC          FAX NO. :00971992232125          23 Mar. 2009 04:33PM  P3

Mar 23 09 12:35p          Bominoil pvt.ltd          22017145

CHEMOIL ADANI Pvt. LTD.
SEZ Unit, MPSEZ, Mundra - 370421 Dist.: Kutch, Gujarat - India
Tel:+91 2838 289441 Fax:+91 2838 289442 Website: www.chemoiladani.com

CHEMOIL ADANI
Directorate General of Shipping Reg. No.

## BUNKER DELIVERY NOTE          BDN No.  131

| | | | |
|---|---|---|---|
| Port of Supply | KANDLA | Date | 15|03|09 |
| Delivery Location | Anchirage | S/B.No./Date | 000924 13|03|09 |
| Mode of Supply | Barge/Pipeline/Tankers | Vessel's Name | CE001EM |
| | MTT H.G. Island | IMO No. | 9461917 |
| Alongside Vessel(Date&Time) | 14|03|09 21.30 | Gross Tonnage | 11159 MTS |
| Commenced Pumping(Date&Time) | 14|03|09 23.30 | Owner/Operator | G.Shanti Enovell |
| Completed Pumping(Date&Time) | 15|03|09 09.30 | ETD | 15|03|09 |
| | | Next Port | |

### Product Supplied

| Fuel Characteristics | | Quality | |
|---|---|---|---|
| Product Name | FO 180 | Gross Observed Vol (Litres) | 231 108 |
| Sulphur Content %m/m (ISO 1496 or ISO 8754) | 3.5 | Gross Standard Vol (Litres) @15°C | 227 733 |
| Flash Point °C(ISO 2719) | 74 | Quantity (Metric Tons) | 219.330 |
| Water Content % V/V(ISO 3733) | 0.20 | Barrels at 60 °F | |
| Density@15°C, Kg/m³ (ISO 3675 or ISO 12185) | 0.9642 | Volume Corrective Factor (ASTM Table 54B) | 0.9854 |
| Viscosity@40°C or 50°C, mm²/s (ISO 3104) | 175 | Weight Conversion Factor (ASTM Table 56) | 0.9631 |

| Master's/Chief Engineer's Acknowledgement | Supplier's Confirmation |
|---|---|
| We acknowledge receipt of the above product and confirm that samples were taken as per MARPOL Annex VI procedure at the vessel's manifold, sealed and numbered as follows: | We declare that the fuel characteristics and quality of the product supplied are correct and meets the requirements of the regulations 14 and 18 of Annex VI, MARPOL 73/78 |

| | Seal No. | Counter Seal No. (If any) | For, Chemoil Adani Private Limited, |
|---|---|---|---|
| Vessel | 001088/84 | | Company's Name & Sign |
| Bunker Tanker | | | |
| Surveyors | | | |
| Other | 001088/080 | | Authorized Signatory |
| | (To Specify) | (To Specify) | |

Acknowledged by :

Signature of Master / Chief Engineer / Time

Full Name in Block Letters R. VELIYEV          NIRAJ  VIJ
(Full Name in Block Letters)

Vessel's Stamp          Bunker Tanker's Stamp

M/V

Remarks :

Was note of Protest issued ? YES/NO

DISCLAIMER : The owner/master of the vessel agree to conclusive acceptance with Chemoil Adani Pvt. Ltd's standard terms and condition of sale (a copy of which has been provided to buyer prior to delivery) and on credit of the vessel's specifications. As to the constitute a meeting sale in the amount of the purchase price and delivery charges and in any address as to the extent of the ships officer signing this document is hereby stating that he/she is the stamp are null and void, unless an authorized memorandum of Chemoil is on file, shall have otherwise agreed in writing at the time buyer himself enters the above bunkering document, failing which under no circumstances, constitute a waiver by Chemoil Adani Pvt. Ltd of the above.



Gujarat Mariners

## DELIVERY RECEIPT

| Vessel | CEMREM | Place of Delivery | Outer Anch |
|--------|--------|-------------------|------------|
| Port | KANDLA | Method of Delivery | BARGE |
| Date of Delivery | 27.03.09 | Product | CASTROL |

| Srno. | Grade | Packing | Quantity |
|-------|-------|---------|----------|
| 01. | TLX PLUS - 304 | 208 LTRS | 35 DRUMS |
| 02. | MLC - 30 | 208 LTRS | 12 DRUMS |
| 03. | ALPHA SP - 220 | 208 LTRS | 05 DRUMS |

Master / Chief Engineer
MT "CEMREM"



Manali Chambers, Plot No. 206, Sector – 11A, Gandhidham – 370201 – India.
Tel : 91 2836 239143, 231518, 230488, 230058  Fax : 91 2836 239057
Email : bunker@gujmar.com  httpuf www.gujmar.com

# Exhibit 1-B



**AQUA MARINE**

# INVOICE

INVOICE NO &DATE :
002 – 31st DEC 2008

**Mssrs**
**MASTER/ OWNERS/MANAGERS OF M/V CEMREM**
**CEMREM SHIPPING INC.MARSHALL ISLAND**
**C/O : CMR DENIZCILIK TIC A.S. ISTANBUL TURKEY**
**DELIVERY IN JEDDAH.– SAUDI ARABIA 15TH DEC 2008.**

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| MGO DMA | 925,00 | 25,00 | 23.125,00 |
| BARGING FOR MGO DMA | 2.200,00 | 1,00 | 2.200,00 |
| SHORT NOTICE FEE | 500,00 | 1,00 | 500,00 |
| MLC 30 DISOLO OIL | 8,74 | 1.040,00 | 9.089,60 |
| AWH M46 OIL | 9,10 | 208,00 | 1.892,80 |
| PT68 HYDROLIC OIL | 8,82 | 208,00 | 1.834,56 |
| BARGING FOR OILS | 2.500,00 | 1,00 | 2.500,00 |
| SHORT NOTICE FEE FOR OILS | 500,00 | 1,00 | 500,00 |
| | | | 41.641,96 |
| TOTAL | | | |

**FOURTY ONE THOUSAND SIX HUNDRED FOURTY ONE AMERICAN DOLLARS
AND NINETY SIX CENTS**
-------------------------------------------------------------------------

**REF 2008/002 MV CEMREM LUBRICANT**
Banka&Branch            : T.C.GARANTI BANKASI KARAKOY BRANCH
Account name and no  : AQUA MARINE AND TRADING INC
Account No usd          : 9085334
SWIFT                      : TBBATRIS
IBAN                        : TR57 0006 2000 4000 0009 0853 34

**PAYMENT DATE : 05TH FEB 2009**

AQUA MARINE AND TRADING INC
NEVIS ISLAND – NEVIS



**AQUA MARINE**

# INVOICE

INVOICE NO &DATE :
003 – 31ST DEC 2008

**Mssrs**
**MASTER OWNERS OF M/V SEMA ANA**
**CEMREM SHIPPING INC.MARSHALL ISLAND**
**C/O : CMR DENIZCILIK TIC AS. ISTANBUL TURKEY.**
**DELIVERY FUJAIRAH 31ST DECEMBER 2008**

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| IFO 180 CST RME 180 BUNKER | 354,00 | 170,00 | 60.180,00 |
| MGO DMA DIESEL OIL | 799,00 | 60,00 | 47.940,00 |
| DELIVERY EXPENCES | 1.500,00 | 1,00 | 1.500,00 |
| TOTAL | | | 109.620,00 |

**ONE HUNDRED NINE THOUSAND SIX HUNDRED TWENTY AMERICAN
DOLLARS**
--------------------------------------------------------------------------------

**REF 2008/003 MV SEMA ANA**
Banka&Branch        : T.C.GARANTI BANKASI KARAKOY BRANCH
Account name and no : AQUA MARINE AND TRADING INC
Account No usd      : 9085334
SWIFT               : TBBATRIS
IBAN                : TR57 0006 2000 4000 0009 0853 34

**PAYMENT DATE   : 30 DAYS AFTER INVOICE DATE**

AQUA MARINE AND TRADING INC
NEVIS ISLAND – NEVIS



AQUA MARINE

# INVOICE

INVOICE NO &DATE :
013 – 14ᵗʰ March 2009

Mssrs
MASTER OWNERS OF M/V CEMREM
CEMREM SHIPPING INC.MARSHALL ISLAND
C/O : VI-ZA STAR TURİZM DEN.

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| MV CEMREM IFO 180 CST RME 180 | 494,00 | 220,00 | 108.680,00 |
| MGO DMA | 646,00 | 60,00 | 38.760,00 |
| BARGING | 2.500,00 | 1,00 | 2.500,00 |
| TOTAL | | | 149.940,00 |

**ONLY : ONE HUNDRED FOURTY NINE THOUSAND AND NINE HUNDRED FOURTY AMERICAN DOLLARS**

-----------------------------------------------------------------------

**REF 2009/013 MV CEMREM BUNKER**

Banka&Branch        : T.C.GARANTI BANKASI KARAKOY BRANCH
Account name and no : AQUA MARINE AND TRADING INC
Account No usd      : 9085334
SWIFT               : TBBATRIS
IBAN                : TR57 0006 2000 4000 0009 0853 34

<u>PAYMENT DATE  : 11ST APRIL 2009</u>

AQUA MARINE AND TRADING INC
NEVIS ISLAND – NEVIS



AQUA MARINE

# INVOICE

INVOICE NO &DATE :
015 – 25ᵗʰ March 2009

Mssrs
MASTER OWNERS OF M/V CEMREM
CEMREM SHIPPING INC.MARSHALL ISLAND
C/O : VI-ZA STAR TURİZM DEN.

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| TLX PLUS 304 CASTROL MGUARD430 | 5,88 | 7.696,00 | 43.713,28 |
| MLC 30 EQV CASTROL MGUARD 312 | 5,25 | 2.496,00 | 13.104,00 |
| ALPHA SP220 EQV CASTROL MG 630 | 5,35 | 1.040,00 | 5.564,00 |
| BARGING | 2.500,00 | 1,00 | 2.500,00 |
| | | | |
| TOTAL | | | 64.881,28 |

ONLY SIXTY FOUR THOUSAND EIGHT HUNDRED EIGHTY ONE AMERICAN
DOLLARS AND TWENTY EIGHT CENTS
-----------------------------------------------------------------

REF 2009/015 MV CEMREM LUBRICANT
Banka&Branch        : T.C.GARANTI BANKASI KARAKOY BRANCH
Account name and no : AQUA MARINE AND TRADING INC
Account No usd      : 9085334
SWIFT               : TBBATRIS
IBAN                : TR57 0006 2000 4000 0009 0853 34

PAYMENT DATE  : 25TH APRIL 2009

AQUA MARINE AND TRADING INC
NEVIS ISLAND – NEVIS



**AQUA MARINE**

# INVOICE

INVOICE NO &DATE :
0063 – 27th May 2010

**Mssrs**
MASTER/OWNERS/MANAGERS OF M/V SEMA ANA
DELIVERY FUJAIRAH  31ST DECEMBER 2008

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| IFO 180 CST RME 180 BUNKER MGO DMA DIESEL OIL INTEREST INVOICE | | 450 DAYS | 66.100,00 |
| TOTAL | | | 66.100,00 |

**SIXTY SIX THOUSAND ONE HUNDRED AMERICAN DOLLARS**
-----------------------------------------------------------------------

**REF 2010/063 MV SEMA ANA**

| | |
|---|---|
| Banka&Branch | : TURK EKONOMI BANKASI (TEB) A.Ş.- CIHANGIR – ISTANBUL BRANCH |
| Account name | : AQUA MARINE AND TRADING INC |
| USD ACCOUNT NR | : 17057 |
| USD IBAN | : TR1200032000235000000017057 |
| SWIFT CODE | : TEBUTRIS235 |

AQUA MARINE AND TRADING INC
P.O BOX 556 MAIN STREET CHARLESTOWN,
NEVIS ISLAND – NEVIS

AQUA MARINE & TRADING INC.
* CORPORATE SEAL *
1/109/2008
N E V I S



**AQUA MARINE**

# INVOICE

INVOICE NO &DATE :
064 – 31ˢᵗ May 2010

**Mssrs**
**MASTER/OWNERS/MANAGERS  OF M/V CEMREM**
**DELIVERED IN KANDLA – INDIA 14ᵀᴴ MARCH 2009**

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| MV CEMREM IFO 180 CST RME 180 MGO DMA INTEREST INVOICE (BUNKER INVOICE NR 013) | | 380 days | 76.350,00 |
| TOTAL | | | 76.350,00 |

**ONLY : SEVENTY SIX THOUSAND AND THREE HUNDRED FIFTY AMERICAN DOLLARS**
------------------------------------------------------------------------

**REF 2010/064 MV CEMREM**

| Banka&Branch | : TURK EKONOMI BANKASI (TEB) – CIHANGIR – ISTANBUL BRANCH |
| Account name | : AQUA MARINE AND TRADING INC |
| Account No usd | : 17057 |
| SWIFT | : TEBUTRIS235 |
| IBAN | : TR12000 32 000 235 000 000 17057 |

AQUA MARINE AND TRADING INC
PO BOX 556 MAIN STREET CHARLESTOWN
NEVIS ISLAND – NEVIS



**AQUA MARINE**

# INVOICE

INVOICE NO &DATE :
065 – 01st June 2010

**Mssrs**
**MASTER/ OWNERS/MANAGERS OF M/V CEMREM**
**DELIVERY IN KANDLA – INDIA 26th March 2009**

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| TLX PLUS 304 CASTROL MGUARD430 MLC 30 EQV CASTROL MGUARD 312 ALPHA SP220 EQV CASTROL MG 630 INTEREST INVOICE 4% MONTHLY (MAIN INVS NO 015) | | 380 DAYS | 33.038,00 |
| | | | 33.038,00 |
| TOTAL | | | |

**THIRTY THREE THOUSAND THIRTY EIGHT AMERICAN DOLLARS**
-------------------------------------------------------------------------------------

**REF 2010/065 MV CEMREM LUBRICANT**

Banka&Branch      : TURK EKONOMI BANKASI (TEB) – CIHANGIR – ISTANBUL BRANCH
Account name     : AQUA MARINE AND TRADING INC
Account No usd    : 17057
SWIFT            : TEBUTRIS235
IBAN             : TR12000 32 000 235 000 000 17057

AQUA MARINE AND TRADING INC
PO BOX 556 MAIN STREET CHARLESTOWN,
NEVIS ISLAND – NEVIS

AQUA MARINE & TRADING INC.
CORPORATE SEAL
11/09/2008
N E V I S



**AQUA MARINE**

# INVOICE

INVOICE NO &DATE :
066 – 03ʳᵈ ᵗ June 2010

**Mssrs**
**MASTER/ OWNERS/MANAGERS OF M/V CEMREM**
**DELIVERY IN JEDDAH – S.ARABIA 15ᵀᴴ DEC 2008**

| DESCRIPTION | PRICE USD | QUANTITY | TTL PRICE USD |
|---|---|---|---|
| INTEREST INVOICE<br>4% MONTHLY<br>OUR MAIN INVS NO 003<br>(USD 41.641,96)<br>461 DAYS DELAY ON PAYMENT | | 461 DAYS | 25.724,00 |
| | | | 25.724,00 |
| **TOTAL** | | | |

**TWENTY FIVE THOUSAND SEVEN HUNDRED TWENTY FOUR AMERICAN**
**DOLLARS**

**REF 2010/066 MV CEMREM**
Banka&Branch          : TURK EKONOMI BANKASI (TEB) – CIHANGIR – ISTANBUL BRANCH
Account name          : AQUA MARINE AND TRADING INC
Account No usd        : 17057
SWIFT                 : TEBUTRIS235
IBAN                  : TR12000 32 000 235 000 000 17057

AQUA MARINE AND TRADING INC
PO BOX 556 MAIN STREET CHARLESTOWN
NEVIS ISLAND – NEVIS

# Exhibit 2

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through November 8, 2010.

---

Selected Entity Name: GARANTI FINANSAL KIRALAMA ANONIM SIRKETI
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GARANTI FINANSAL KIRALAMA ANONIM SIRKETI |
| **Initial DOS Filing Date:** | SEPTEMBER 09, 2009 |
| **County:** | NEW YORK |
| **Jurisdiction:** | TURKEY |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
JOHN GRIMMER & ASSOCIATES
ONE BATTERY PARK PLAZA
18TH FLOOR
NEW YORK, NEW YORK, 10004

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| SEP 10, 2009 | Actual | GARANTI FINANSAL KIRALAMA ANONIM SIRKETI |
| SEP 09, 2009 | Actual | GARANTI FINANSAL KIRLAMA ANONIM SIRKETI |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# Exhibit 3

Equasis - Company search - Result list                                                   Page 1 of 1

# Fleet info

| IMO number : | 1552083 |
|---|---|
| Name : | GARANTI FINANSAL KIRALAMA AS |
| Address : | Kat 6, Dogus Han, Buyukdere Caddesi 23, Esentepe Mah, Sisli, 34394 Istanbul, Turkey. |
| Last update : | 11-12-2009 |

▶ **FLEET**

| Ship's name | Gross tonnage | Ship's type | Year of build | Current flag | Current Class(es) | Detentions in last 3 years | Acting as (since) |
|---|---|---|---|---|---|---|---|
| SERVET K | 1497 | General Cargo Ship | 1973 | Turkey | | 0 | Registered owner (during 02-2009) |
| FRIGIA | 20352 | Bulk Carrier | 1978 | Malta | RINA | 0 | Registered owner (since 14-02-2008) |
| SEMA ANA | 10230 | General Cargo Ship | 1978 | Panama | | 2 | Registered owner (since 12-05-2008) |
| SERVET-KA | 1814 | General Cargo Ship | 1981 | Turkey | ABS | 0 | Registered owner (since 27-10-2008) |
| KIZKALESI | 5241 | General Cargo Ship | 1982 | Panama | NKK | 0 | Registered owner (since 01-08-2008) |
| TURKUAZ 8 | 22135 | Bulk Carrier | 1985 | Turkey | NKK | 0 | Registered owner (during 03-2010) |
| FOUNTAIN 5 | 24646 | Bulk Carrier | 1987 | Barbados | NKK RINA | 2 | Registered owner (since 29-08-2009) |
| AKSOY | 4911 | General Cargo Ship | 1986 | Liberia | RMRS | 0 | Registered owner (since 01-07-2008) |
| KARASOY | 4966 | General Cargo Ship | 1991 | Liberia | RMRS | 1 | Registered owner (since 01-07-2008) |
| FT ALBARO | 3999 | Chemical/Oil Products Tanker | 2009 | Italy | BV | 0 | Registered owner (since 26-07-2010) |
| FT NERVI | 5110 | Chemical/Oil Products Tanker | 2009 | Italy | BV | 0 | Registered owner (since 26-07-2010) |

▶ **CLASS KEY**

| Abbreviation | Name of Classification society |
|---|---|
| RMRS | Russian Maritime Register of Shipping |
| RINA | Registro Italiano Navale |
| NKK | Nippon Kaiji Kyokai |
| BV | Bureau Veritas |
| ABS | American Bureau of Shipping |

© Copyright 2000-2009; Version : prodPv2.3.7; Developed and hosted by : France-Ministry for Transport -DAM/SI

Equasis - Ship search - Result list          http://www.equasis.org/EquasisWeb/restricted/ShipInfo?fs=ShipList

# Ship info

| | | |
|---|---|---|
| **IMO number :** | 7529172 | |
| **Name of ship :** | SEMA ANA | (since 01-06-2008) |
| **Call Sign :** | 3ERS2 | |
| **MMSI :** | 370154000 | |
| **Gross tonnage :** | 10230 | (since 01-08-1994) |
| **DWT :** | 16160 | |
| **Type of ship :** | General Cargo Ship | (since 01-02-1978) |
| **Year of build :** | 1978 | |
| **Flag :** | Panama | (since 01-06-2008) |
| **Status of ship :** | In Service/Commission | (since 10-07-2009) |
| **Last update :** | 04-05-2010 | |

▸ **MANAGEMENT DETAIL**

| IMO number | Role | Name of company | Address | Date of effect |
|---|---|---|---|---|
| 9991001 | ISM Manager | UNKNOWN | | since 18-06-2008 |
| 5352831 | Ship manager | CMR DENIZCILIK VE TICARET AS | Kat 2, Ord Prof Fahrettin Kerim Gokay Caddesi 8-9, Altunizade Mah, Uskudar, 34462 Istanbul, Turkey. | since 12-05-2008 |
| 1552083 | Registered owner | GARANTI FINANSAL KIRALAMA AS | Kat 6, Dogus Han, Buyukdere Caddesi 23, Esentepe Mah, Sisli, 34394 Istanbul, Turkey. | since 12-05-2008 |

▸ **CLASSIFICATION STATUS**

| Classification society | Date change status | Status | Reason |
|---|---|---|---|
| Lloyd's Register | since 13-05-2009 | Withdrawn | Survey overdue |
| Other | during 02-1978 | Not applicable | |

▸ **CLASSIFICATION SURVEYS**

| Classification society | Date survey | Date next survey |
|---|---|---|
| Lloyd's Register | 13-05-2009 | |

© Copyright 2000-2009; Version : prodPv2.3.7; Developed and hosted by : France-Ministry for Transport -DAM/SI

16.07.2010 20:20

ClassNK Register of Ships                    http://www.classnk.or.jp/hp/register/regships/one.asp?cno=8308977

| **ClassNK Register of Ships** | Last update : 31 May 2010 |
|---|---|

→ Status    ↗ Print    ✕ Close

Classification No. : **850103**
IMO No. : **8308977**
Official No. : **TUGS 927**
Signal Letters : **TCNU**
Flag : **Turkish**
Port of Registry : **Istanbul**
Name of Ship : **TURKUAZ 8**
Former Name of Ship 1 : **NURTEN ANA**
2 : **NEO CYMBIDIUM**
3 : **SANKO CYMBIDIUM**

Registered Owner 1 : **GARANTI FINANSAL KIRALAMA A.S.**

Management Company 1 : **HORIZON GEMI ISLETMECILIGI SANAYI VE TICARET A.S.**

Classification Characters : **NS*(BC)(ESP)/MNS***
Descriptive Notes : **—**
Installations Characters : **CHG, MPP, M0, AFS.C**
Installation Descriptive Notes
- Automatic and Remote Control    **The ship has complied with the requirements of Chapter II - 1, Part E**
Systems : **of SOLAS, Periodically unattended machinery spaces (UMS).**
Special Description : **—**
Other Classification : **—**
Last Special Survey : **25 Nov 2009**

Tonnage Gross (Registered) : **22,135**
Net (Registered) : **12,665**
Gross (Local) : **—**
Net (Local) : **—**
Gross (TM69) : **22,135**
Net (TM69) : **12,665**
Deadweight : **38,888**

Freeboard Summer (mm) : **4,407**
Draught (m) : **10.931**
Lf (m) : **172.330**
Trial Speed (kt) : **16.3**
Purpose of Ship : **BULK/LUMBER CARRIER**
Equipment No. : **2,464**

Overall Length (m) : **179.900**
Moulded LxBxD (m) : **171.000 x 30.500 x 15.300**
Registered LxBxD (m) : **172.330 x 30.500 x 15.300**
Cargo Capacity (m3) : **G 46,112**
No. of Passengers : **—**

No. x SWL ( ton ) of Derricks or    **C 1(0.9)  C 2(3)  C 4(25)**
Cranes :
Capacity of Tanks (m3) : **FO 1,801  FW 321  WB 12,870**

Lifeboats Type, No. & Person :    **2x(32)**

1 -> 2                                                                                                    31.05.2010 14:35

|  |  |
|---|---|
| Rescue Boats Type, No. & Person : | — |
| Liferafts Type, No. & Person : | 1 1x(6)  1 4x(15) |
| Radio Installations : | GMDSS A1+A2+A3, INMARSAT |
| Navigation Equipment : | MC, GYRO, HCS, GPS, RDX, RDS, ARPA, AIS, LOG, ES, LRIT |

|  |  |
|---|---|
| No. & Kind of Engine : | 1D : 2 SA 6 CY |
| Bore x Stroke (mm) : | 580.0 x 1,700.0 |
| Power (kW) : | 5,884 |
| rpm : | 98.0 |
| Manufacturer : | Ishikawajima-Harima Heavy Industries Co., Ltd. Aioi Shipyard. |

|  |  |
|---|---|
| No. & Kind of Boiler : | 1 AUX VB |
| Pressure (MPa) : | 0.79 |
| Evaporation : | 2.66 (ton/h) |
| Manufacturer : | Ishikawajima-Harima Heavy Industries Co., Ltd. Aioi Shipyard. |
|  | *Evaporation rate: Thermal output (kW) to be filled up in case of TOH. |

|  |  |
|---|---|
| No. & Capacity of Generators (kVA) : | 3 AC 1,689 |
| No. & Kind of Propeller Shaft : | 1B |

|  |  |
|---|---|
| Shipbuilder : | Ishikawajima-Harima Heavy Industries Co., Ltd. Aioi Shipyard. |
| Hull No. : | 2877 |
| Date of Keel Lay : | 20 Jul 1984 |
| Date of Launch : | 5 Oct 1984 |
| Date of Build : | 11 Jan 1985 |

→ Return to Top    ✕ Close

# Exhibit 4

| | IMO No. |
|---|---|
| | 7641217 |

| DISTINTIVO DE LLAMADA |
|---|
| CALL LETTERS |
| H8IN |

## REPUBLICA DE PANAMA
AUTORIDAD MARITIMA DE PANAMA
DIRECCION GENERAL DE MARINA MERCANTE

**NUMERO OFICIAL**
REGISTRATION No.
322...

## SERVICIO INTERNACIONAL
## PATENTE PROVISIONAL DE NAVEGACION

De acuerdo al cumplimiento de los requisitos estipulados en la Ley 8a. de 12 de enero de 1925, aprobados por la Diligencia de Matrícula No.MSJ - 874-05-2 de 21 de MAYO del año 2008 expedida por esta Oficina SE AUTORIZA Y CONCEDE al buque cuyas características se detallan a continuación, la presente PATENTE PROVISIONAL DE NAVEGACION para todos los fines respectivos que otorga el Registro de la Marina Mercante de la República de Panamá.

In accordance with the requirements established by the Ordinance No. 8. dated the 12th of January 1925, the registration registered in Form No. ..........dated the ........... of ........... of ........... has been approved by this office. Therefore, the Panama Merchant Marine Registry hereby GRANTS AND AUTHORIZES this Provisional Registration of Navigation Certificate to the vessel, whose particulars are described below.

### DATOS DE IDENTIFICACION DEL BUQUE
PARTICULARS OF THE VESSEL

| NOMBRE DEL BUQUE: NAME OF THE VESSEL **CEMREM** | PROPIETARIO: OWNER'S NAME **GARANTI FINANSAL KIRALAMA AS** |
|---|---|
| | REPRESENTANTE LEGAL: NAME OF LEGAL REPRESENTATIVE **TORRIJOS & ASOCIADOS** |
| NOMBRE ANTERIOR: PREVIOUS NAME: **LYDIA I** | RESPONSABLE DE LAS CUENTAS DE RADIO: RADIO ACCOUNTING AUTHORITY: **NERA SATELLITE SERVICES LIMITED** |
| NACIONALIDAD QUE RENUNCIA: PREVIOUS NATIONALITY: **REPUBLICA FEDERAL DE ALEMANIA** | CONSTRUCTORES: BUILDERS: **A.G. WESSER SEEBEK YWERFT** |

| CONSTRUIDO EN: BUILT IN: **GERMANY** | DIMENSIONES PRINCIPALES: NUMBER OF | | TONELAJE: TONNAGE |
|---|---|---|---|
| | ESLORA LENGTH: **150,35** Mts. | | BRUTO GROSS **11,159.00** |
| AÑO DE CONSTRUCCION: DATE OF CONSTRUCTION: **Keel laying 1978** | MATERIAL DEL CASCO: MATERIAL OF HULL **STEEL** | MANGA BREADTH: **21.00** Mts. | NETO NET **6,944.00** |
| | | PUNTAL DEPTH: **12,53** Mts. | |

SERVICIO A QUE SE DEDICA EL BUQUE/
KIND OF SERVICE GIVEN BY THE VESSEL

| CARGA SECA: DRY CARGO: | CARGA LIQUIDA: LIQUID CARGO: | DE SERVICIO DE: TYPE OF SERVICE: **OTRAS CARGAS / CARGA GENERAL** |
|---|---|---|

SISTEMA DE PROPULSION
PROPULSION SYSTEM

CLASE Y NUMERO DE MAQUINAS O MOTORES: TYPE AND NUMBER OF ENGINES: **ONE (1) MOTOR**

NUMERO DE CILINDROS: NUMBER OF CYLINDERS **NINE (9) CYLINDERS**

MARCA O NOMBRE DE LOS FABRICANTES: BRAND OR NAME OF MANUFACTURERS **MAN**

| VELOCIDAD DEL BUQUE: SPEED OF THE VESSEL: **16,5** | CABALLOS DE FUERZA: HORSE POWER: **8,900 BHP** |
|---|---|

La presente Patente Provisional debe ser cancelada y sustituida por otra en los casos que se describen al reverso de este documento.

The present Provisional Registration Certificate International Service should be cancelled and substituted by another one in cases that are described on the reverse of this document.

EXPEDIDA EL: **22. 05. 2008** EN **Istanbul, Turkey**
ISSUED:

FIRMADA Y SELLADA POR EL SUSCRITO: SIGNED AND SEALED BY THE UNDERSIGNED: TITULO DEL FUNCIONARIO

**HATICE GULEC**
TITLE
Honorario Consul General
de Panamá en Estambul, Turquía

FECHA DE EXPIRACION: **20 de NOVIEMBRE 2008**

VALID UNTIL: **20th NOVEMBER 2008**

IMO No.

7641217

NUMERO OFICIAL
REGISTRATION No.

322 08 28N

DISTINTIVO DE LLAMADA
CALL LETTERS

H8IN

# REPUBLICA DE PANAMA
AUTORIDAD MARITIMA DE PANAMA
DIRECCION GENERAL DE MARINA MERCANTE

## SERVICIO INTERNACIONAL
## PATENTE PROVISIONAL DE NAVEGACION

De acuerdo al cumplimiento de los requisitos estipulados en la Ley 8a. de 12 de enero de 1925, aprobados por la Diligencia de Matrícula No.MSJ-894-05-2 de 21 de MAYO del año 2008 expedida por esta Oficina SE AUTORIZA Y CONCEDE al buque cuyas características se detallan a continuación, la presente PATENTE PROVISIONAL DE NAVEGACION para todos los fines respectivos que otorga el Registro de la Marina Mercante de la República de Panamá.

In accordance with the requirements established by the Ordinance No. 8 dated the 12th of January 1925, the registration expedited in Form No. .dated the of of has been approved in this office. Therefore, the Panama Merchant Marine Registry hereby GRANTS AND AUTHORIZES the Provisional International Navigation Certificate to the vessel, whose particulars are described below.

## DATOS DE IDENTIFICACION DEL BUQUE
PARTICULARS OF THE VESSEL

| | |
|---|---|
| NOMBRE DEL BUQUE:<br>NAME OF THE VESSEL<br>CEMREM | PROPIETARIO:<br>OWNER'S NAME<br>GARANTI FINANSAL KIRALAMA AS. |
| | REPRESENTANTE LEGAL:<br>NAME OF LEGAL REPRESENTATIVE:<br>TORRIJOS & ASOCIADOS |
| NOMBRE ANTERIOR:<br>PREVIOUS NAME<br>LYDIA T | RESPONSABLE DE LAS CUENTAS DE RADIO:<br>RADIO ACCOUNTING AUTHORITY<br>NERA SATELLITE SERVICES LIMITED |
| NACIONALIDAD QUE RENUNCIA:<br>PREVIOUS NATIONALITY<br>REPUBLICA FEDERAL DE ALEMANIA | CONSTRUCTORES:<br>BUILDERS<br>A. G. WESSER SEEBECK WERFT |

| CONSTRUIDO EN:<br>BUILT IN:<br>GERMANY | | DIMENSIONES PRINCIPALES:<br>NUMBER OF<br>ESLORA: 150,35 Mts.<br>LENGTH: | TONELAJE:<br>TONNAGE<br>BRUTO 11,159.00<br>GROSS |
|---|---|---|---|
| AÑO DE CONSTRUCCION:<br>DATE OF CONSTRUCTION:<br>Keel laying<br>1978 | MATERIAL DEL CASCO:<br>MATERIAL OF HULL<br>STEEL | MANGA 21,00 Mts.<br>BREADTH:<br>PUNTAL 12,53 Mts.<br>DEPTH: | NETO 6,944.00<br>NET |

### SERVICIO A QUE SE DEDICA EL BUQUE:
KIND OF SERVICE GIVEN BY THE VESSEL

| CARGA SECA:<br>DRY CARGO | CARGA LIQUIDA:<br>LIQUID CARGO | DE SERVICIO DE:<br>TYPE OF SERVICE.<br>OTRAS CARGAS / CARGA GENERAL |
|---|---|---|

### SISTEMA DE PROPULSION
PROPULSION SYSTEM

CLASE Y NUMERO DE MAQUINAS O MOTORES:
TYPE AND NUMBER OF ENGINES ONE (1) MOTOR

NUMERO DE CILINDROS:
NUMBER OF CYLINDERS NINE (9) CYLINDERS

MARCA O NOMBRE DE LOS FABRICANTES:
BRAND OR NAME OF MANUFACTURERS MAN

| VELOCIDAD DEL BUQUE:<br>SPEED OF THE VESSEL 16,5 | CABALLOS DE FUERZA:<br>HORSE POWER 8,900 BHP |
|---|---|

La presente Patente Provisional debe ser cancelada y sustituida por otra en los casos que se describen al reverso de este documento.

The present Provisional Registration Certificate International Service should be cancelled and substituted by another one in cases that are described on the reverse of this document.

EXPEDIDA EL: 22. 05. 2008 EN Istanbul, Turkey
ISSUED

FIRMADA Y SELLADA POR EL SUSCRITO:
SIGNED AND SEALED BY THE UNDERSIGNED TITULO DEL FUNCIONARIO

HATICE GULEC
Honorario Consul General
de Panama en Estambul, Turquía

FECHA DE EXPIRACION: 20 de NOVIEMBRE 2008

VALID UNTIL: 20th NOVEMBER 2008

IMO No. 7529179

DISTINTIVO DE LLAMADA
CALL LETTERS

3ERS2

# REPUBLICA DE PANAMA
AUTORIDAD MARITIMA DE PANAMA
DIRECCION GENERAL DE MARINA MERCANTE

NUMERO OFICIAL
REGISTRATION No

37377-PEXT

INTERESADO

## SERVICIO INTERNACIONAL
## PATENTE PROVISIONAL DE NAVEGACION

De acuerdo al cumplimiento de los requisitos estipulados en la Ley 8a. de 12 de enero de 1925, aprobados por la Diligencia de Matrícula No. MSJ-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 12 de Mayo del año 2008 expedida por esta Oficina SE AUTORIZA Y CONCEDE al buque cuyas características se detallan a continuación, la presente PATENTE PROVISIONAL DE NAVEGACION para todos los fines respectivos que otorga el Registro de la Marina Mercante de la República de Panamá.

In accordance with the requirements established by the Ordinance No: 8, dated the 12th of January 1925, the registration requested in Form No. ............., dated the ........ of ........ of ........ has been approved by this office. Therefore, the Panama Merchant Marine Registry hereby GRANTS AND AUTHORIZES this Provisional Registration of Navigation Certificate to the vessel, whose particulars are described below.

### DATOS DE IDENTIFICACION DEL BUQUE
### PARTICULARS OF THE VESSEL

NOMBRE DEL BUQUE:
NAME OF THE VESSEL:
SOMA ANA

PROPIETARIO:
OWNER'S NAME:
GARANTI FINANSAL KIRALAMA A.S

NOMBRE ANTERIOR:
PREVIOUS NAME:
KARIA

REPRESENTANTE LEGAL:
NAME OF LEGAL REPRESENTATIVE:
TORLIOS Y ASOCIADOS

RESPONSABLE DE LAS CUENTAS DE RADIO:
RADIO ACCOUNTING AUTHORITY:
NSSL (GB 11)

NACIONALIDAD QUE RENUNCIA:
PREVIOUS NATIONALITY:
MALTA

CONSTRUCTORES:
BUILDERS:
A.G WESER SEEBECKWERFT BREMERHAVEN

CONSTRUIDO EN:
BUILT IN:
GERMANY

DIMENSIONES PRINCIPALES:
ESLORA: 139.98 Mts.
LENGTH:

TONELAJE:
TONNAGE:
BRUTO: 10230
GROSS:

AÑO DE CONSTRUCCION:
DATE OF CONSTRUCTION:
1978

MATERIAL DEL CASCO:
MATERIAL OF HULL:
STEEL

MANGA: 21.00 Mts.
BREADTH:

PUNTAL: 12.55 Mts.
DEPTH:

NETO: 6546
NET:

SERVICIO A QUE SE DEDICA EL BUQUE:
KIND OF SERVICE GIVEN BY THE VESSEL:

CARGA SECA:
DRY CARGO:

CARGA LIQUIDA:
LIQUID CARGO:

TIPO DE SERVICIO DE:
TYPE OF SERVICE:
GENERAL CARGO

SISTEMA DE PROPULSION:
PROPULSION SYSTEM

CLASE Y NUMERO DE MAQUINAS O MOTORES:
TYPE AND NUMBER OF ENGINES:
DIESEL MAN 9L 52/55A ONE INTERNAL COMBUSTION

NUMERO DE CILINDROS:
NUMBER OF CYLINDERS:
9 ( nine)

MARCA O NOMBRE DE LOS FABRICANTES:
BRAND OR NAME OF MANUFACTURERS:
MAN 9L 52/55A

VELOCIDAD DEL BUQUE:
SPEED OF THE VESSEL:
16,5

CABALLOS DE FUERZA:
HORSE POWER:
8900 hp for each engine

La presente Patente Provisional debe ser cancelada y sustituida por otra en los casos que se describen al reverso de este documento.

The present Provisional Registration Certificate International Service should be cancelled and substituted by another one in cases that are described on the reverse of this document.

EXPEDIDA EL:
ISSUED:
16 th May 2008

EN:
IN:
Istanbul, Turkey

FIRMADA Y SELLADA POR EL SUSCRITO:
SIGNED AND SEALED BY THE UNDERSIGNED:
By Consul General of Panama in Istanbul

TITULO DEL FUNCIONARIO

FECHA DE EXPIRACION: 11th November 2008

VALIDO UNTIL: 11th NOVEMBER 2008

DERECHOS:
FEES:

NOMBRE Y FIRMA DEL FUNCIONARIO
HATICE GULEC

# Exhibit 5



**LLC ROSGOSSTRAKH-STOLITSA**

Россия, 119017, Москва, ул. Большая Якиманка, д. 40, стр. 3
тел: (495) 540 55 55, (495) 518-96-24, факс: (495) 518-96-28
e-mail: info@stolica.rgs.ru          www.rgs.ru

Bolshaya Galanka 40/3, Moscow, 119017, Russia
tel. (495) 540 55 55, (495) 518-96-24, fax: (495) 518-96-28
e-mail: info@stolica.rgs.ru          www.rgs.ru

## POLICY № 73/08/F/938

Limited Company "Rosgosstrakh-Stolitsa", Moscow, Russia insured in favour and for account of below mentioned companies the following Interest:

**Assured:** Garanti Finansal Kiralama Anonim Sirketi, Turkeyas Owners and CMR Denizcilik ve Ticaret A.S., Turkey, as Managers.

**Type:** Marine Hull

**Interest:** A. Hull and Machinery
B. War Risks

**Vessel:** m/v «CEMREM» (ex. "Lydia") , 1978 y/built, DWT 17 500, GT 11 159, class – LR, flag – Panama, type – general cargo.

**Value:** A. USD 7,300,000
B. USD 7,300,000

**Period:** 12 months with effect from 12.00 hours May 22, 2008 Istanbul Time

**RGS-Stolitsa Ltd. Share:** 100 %.

**Conditions:** A. Institute Time Clauses-Hulls Cl. 280 (1/11/95) excluding collision liability absolutely
B. Institute War & Strikes Clauses Hulls Cl. 281 (1/11/95), subject to current London Market War Risk Trading Warranties and current exclusions, but amended as below.
A. B). Institute Cyber Attack Exclusion Clause 11.10.03 (Cl. 380)
Institute Radioactive Contamination, Chemical, Biological, Bio-chemical and Electromagnetic Weapons Exclusion Clause 11.10.03 (Cl. 370).
Electronic Date Recognition Exclusion Clause "C"
Subject to CEFOR Clause No. 4 Classification Society, Flag State and Port Authorities Disclosure Clause.

**Trading:** A). subject to Institute Warranties (Cl. 26 dd. 1/7/76), provided within class limits and restrictions.
B). Worldwide, subject to current London Market War Risk Trading Warranties and current exclusions, but always excluding Nigerian ports and waters and ports and waters of Somalia (including waters out to 200 nautical

Assured: _____          RGS-Stolitsa Ltd.: _____

1